**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, Illinois 60654-3456
(312) 222-9350
(312) 527-0484 (fax)
919 Third Ave
New York, NY 10022-3908
VAN BREDA INTERNATIONAL, NV

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 Civ. 7698 (GBD) (GWG)

MOTION FOR ADMISSION
TO PRACTICE PRO HAC
VICE

---

PATRICK SCOTT BAKER, *et al.*,

        Petitioners,

v.

NATIONAL BANK OF EGYPT; JPMORGAN CHASE
& CO.; CITIBANK, N.A.; THE BANK OF NEW
YORK MELLON; INTESA SANPAOLO SPA; and
COMMEZBANK AG,

        Respondents

---

CITIBANK, N.A.,

        Third-Party Plaintiff,

v.

PATRICK SCOTT BAKER, JERRY BAKER, LOIS
BAKER, LOIS BAKER (as Personal Representative of
the Estate of DAVID BAKER), STACIE BAKER,
PATRICIA A. HENRY, PATRICIA A. HENRY (as the
Substitute Executrix and Successor in Interest of the
Estate of SCARLETT ROGENCAMP), Patricia A.
Henry (as the Executrix of the Estate Hetty E. Peterson);
VALERIE PETERSON (as Executor of the Estate of
Vernon W. Peterson) KATHARINE D. DORIS, PAUL
G. PETERSON, MICHELLE Y. HOLBROOK,
JACKIE NINK PFLUG, RYLMA NINK, EUGENE
NINK, GLORIA NINK, MARY NINK, SCOTT
PFLUG, REDACTED,

        Third-Party Defendants.

Pursuant to Rule 1.3 of the Local Rules for the United States District Court for the Southern District of New York, I, Jason M. Bradford, hereby move the Court for an Order for admission to practice Pro Hac Vice as counsel for Third-Party Defendant VAN BREDA INTERNATIONAL, NV in the above-captioned action.

I am a member in good standing of the bar of the State of Illinois (see Certificate of Good Standing, Exhibit A). There are no pending disciplinary proceedings against me in any state or federal court.

Dated: August 11, 2014

Respectfully submitted,

By: _____

Jason M. Bradford
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
(312) 222-9350
(312) 527-0484 (fax)
Email: jbradford@jenner.com